UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,

CASE NO.:  9:17-cv-80192-RLR

v.

PEARLAND RJR, LLC,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF SERVING INITIAL DISCLOSURES TO PLAINTIFF**

    Defendant Pearland RJR, LLC hereby provides notice that it has served a copy of its Rule 26(a)(1) Initial Disclosures upon Plaintiff David Poschmann by e-mail on March 28, 2017.

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail to Drew Levitt, Esq., DML2@bellsouth.net and Lee D. Sarkin, Esq. sarkin@aol.com on March 28, 2017.

**LOREN & KEAN LAW**
Attorneys for Defendant
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL  33418
Phone:   (561) 615-5701
Fax:        (561) 615-5708

s/ *Allen J. Heffner*
**ALLEN J. HEFFNER**
Florida Bar No. 84252
aheffner@lorenkeanlaw.com
swetter@lorenkeanlaw.com
**MICHAEL I. KEAN**
Florida Bar No. 970750
mkean@lorenkeanlaw.com

Crystal Tree:7 #85