UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-80192-ROSENBERG/BRANNON

DAVID POSCHMANN,

    Plaintiff,

v.

PEARLAND RJR, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiff DAVID POSCHMANN and Defendant PEARLAND RJR, LLC. DE 15. Having considered the stipulation and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

3. The case shall be **CLOSED**.

    **DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 16th day of May, 2017.

                                                        ROBIN L. ROSENBERG
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF